**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Terrie Lynne Sena | Case No.: 2:21-cv-02010-JAD-BNW |
| Petitioner | |
| v. | **Order Granting Motion for Extension of Time** |
| Jerry Howell, *et al.*, | ECF No. 17 |
| Respondents | |

In this habeas action, Petitioner Terrie Lynne Sena, represented by appointed counsel, had until September 1, 2022, to file an amended petition for writ of habeas corpus.[1] On August 30, 2022, Sena filed a motion for extension of time,[2] requesting that I extend by 90 days, to November 30, 2022, the time for her to file an amended petition. This would be the first extension of this deadline. Sena's counsel states that the extension of time is necessary because of the time it is taking to adequately investigate this relatively complex case, and because of his obligations in other cases. Respondents do not oppose Sena's motion. I find that Sena's motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time. **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time **[ECF No. 17] is GRANTED.**[3] Petitioner's deadline to file her first amended petition for writ of habeas corpus is extended to November 30, 2022.

_____
U.S. District Judge Jennifer A. Dorsey
August 31, 2022

---

[1] *See* ECF No. 16 (scheduling order).

[2] ECF No. 17.

[3] In granting this extension of time, I do not mean to comment upon, or affect in any manner, the application of any statute of limitations in this case.