# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Terrie Lynne Sena, | Case No.: 2:21-cv-02010-JAD-BNW |
| Petitioner | **Order Granting Petitioner's Motion to Voluntarily Dismiss Action** |
| v. | ECF No. 20 |
| Jerry Howell, *et al.*, | |
| Respondents | |

In this habeas corpus action, counseled petitioner Terrie Lynne Sena moves to voluntarily dismiss this action.[1] The respondents have filed a notice stating that they do not oppose the dismissal.[2] With good cause appearing,

**IT IS ORDERED** that this action is **DISMISSED**. The petitioner is denied a certificate of appealability.

The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
December 6, 2022

---

[1] ECF No. 20.
[2] ECF No. 21.